219 So.2d 178

**LOUISIANA STATE BOARD OF MEDICAL EXAMINERS**

v.

**Fred E. BATES.**

No. 49683.

Feb. 28, 1969.

In re: Fred E. Bates applying for writs of certiorari (review), prohibition and mandamus.

The application is denied. There appears no error of law in the ruling complained of.

219 So.2d 178

**T. C. CAMP et al.**

v.

**WASHINGTON PARISH POLICE JURY et al.**

No. 49694.

Feb. 28, 1969.

In re: Washington Parish Police Jury et al. applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of Washington. 217 So.2d 478.

Writ refused. There is no error of law in the judgment of the Court of Appeal.

219 So.2d 178

**Milton K. GOLDBERG**

v.

**Mrs. Mary W. OLIVER.**

No. 49690.

Feb. 28, 1969.

In re: Mrs. Mary W. Oliver applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Rapides. 212 So.2d 277.

Application denied. No error in the judgment complained of.